UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIGUEL ANGEL ALVAREZ and
JUAN RODAS,

    Plaintiffs,

v.

Case No. 1:15-cv-417

HON. JANET T. NEFF

PATRICK DAVIES
d/b/a PD CONSTRUCTION,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed a Motion for Default Judgment (Dkt 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 1, 2015, recommending that Plaintiffs' motion be granted in part and denied in part. The Report and Recommendation was duly served on Plaintiffs and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (Dkt 11) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt 8) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: December 21, 2015                   /s/Janet T. Neff
                                                                          JANET T. NEFF
                                                                          United States District Judge